JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TRILLIUM PARTNERS, L.P., | Case No. CV 24-0147 FMO (ASx) |
| Plaintiff, | |
| v. | **ORDER DISMISSING ACTION WITHOUT PREJUDICE** |
| SHERRATT REICHER, | |
| Defendant. | |

Having been advised by counsel that the above-entitled action has been settled as to the remaining parties, Sherratt Reicher, NutraNomics, Inc., Geoff Bazegian, and Jonathan Bishop (Dkt. 158, Notice of Preliminary Settlement), IT IS ORDERED that the above-captioned action is hereby dismissed without costs and without prejudice to the right, upon good cause shown by no later than **December 22, 2025,** to re-open the action if settlement is not consummated. The court retains full jurisdiction over this action and this Order shall not prejudice any party to this action. Failure to re-open or seek an extension of time to re-open the action by the deadline set forth above shall be deemed as consent by the parties to dismissal of the action without prejudice. See Fed. R. Civ. P. 41(b); Link v. Wabash R.R. Co., 370 U.S. 626, 629-30, 82 S.Ct. 1386, 1388 (1962).

Dated this 7th day of November, 2025.

/s/
Fernando M. Olguin
United States District Judge